B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**WOMEN'S APPAREL GROUP, L.L.C.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Boston Apparel Group<br>Chadwicks of Boston |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>26-3006772 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>300 Constitution Drive<br>Taunton, MA 02783<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Bristol                                                            ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o Monomy Capital Partners, LP<br>142 West 57th Street, 17th Floor<br>New York, NY 10019<br>Attn: Daniel Collin and Stephen Presser                ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other Clothing Distributor |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor WOMEN'S APPAREL (

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
NL Ventures VII United, L.L.C.
Name of Petitioner    Date Signed 6/28/11

Name & Mailing Address of Individual Signing in Representative Capacity:
Peter S. Carlsen, Pres.
8080 N. Central Expwy
#1220, Dallas, TX 75206

x _[signature]_ 6/29/11
Signature of Attorney    Date
Casner & Edwards, LLP
Name of Attorney Firm (If any)
303 Congress Street, Boston, MA 02210
Address
(617) 426-5900
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
La Vita, Inc.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Sarah Olson, Pres.
24 Mount Vernon Rd.
Montclair, NJ 07043

x _____    Date
Signature of Attorney
Smith Levenson Cullen & Aylward PC
Name of Attorney Firm (If any)
5 Essex Green Drive, Peabody, MA 01960
Address
(978) 532-9494
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Your Label, Inc.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Sarah Olson, Pres.
24 Mount Vernon Rd.
Montclair, NJ 07043

x _____    Date
Signature of Attorney
Smith Levenson Cullen & Aylward PC
Name of Attorney Firm (If any)
5 Essex Green Drive, Peabody, MA 01960
Address
(978) 532-9494
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| NL Ventures VII United LLC, 8080 N Central Expwy, Dallas, | Breach of Lease | 52,379,140.27 |
| La Vita, Inc., 24 Mt. Vernon Rd. Monclair, NJ 07043 | Goods Sold | 15,686.50 |
| Your Label Inc., 24 Mount Vernon Rd., Montclair, NJ 07043 | Goods Sold | 360,863.25 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 52,755,690.02 |

_X_ continuation sheets attached

B 5 (Official Form 5)(12/07) - Page 2

Name of Debtor: WOMEN'S APPAREL (

Case No. _____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>NL Ventures VII United, L.L.C.<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Peter S. Carlsen, Pres.<br>8080 N. Central Expwy.<br>#1220, Dallas, TX 75206 | x _____       Date<br>Signature of Attorney<br>Casner & Edwards, LLP<br>Name of Attorney Firm (If any)<br>303 Congress Street, Boston, MA 02210<br>Address<br>(617) 426-5900<br>Telephone No. |
| x /s/ Sarah J Olson Vice President<br>Signature of Petitioner or Representative (State title)  6/28/11<br>La Vita, Inc.<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Sarah Olson, Pres.<br>24 Mount Vernon Rd.<br>Montclair, NJ 07043 | x _____       Date<br>Signature of Attorney<br>Smith Levenson Cullen & Aylward PC<br>Name of Attorney Firm (If any)<br>5 Essex Green Drive, Peabody, MA 01960<br>Address<br>(978) 532-0404<br>Telephone No. |
| x /s/ Sarah J Olson President<br>Signature of Petitioner or Representative (State title)  6/28/11<br>Your Label, Inc.<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Sarah Olson, Pres.<br>24 Mount Vernon Rd.<br>Montclair, NJ 07043 | x _____       Date<br>Signature of Attorney<br>Smith Levenson Cullen & Aylward PC<br>Name of Attorney Firm (If any)<br>5 Essex Green Drive, Peabody, MA 01960<br>Address<br>(978) 532-0404<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| NL Ventures VII United LLC, 8080 N Central Expwy, Dallas, | Breach of Lease | 52,379,140.27 |
| La Vita, Inc. 24 Mount Vernon Rd., Montclair NJ 07043 | Goods Sold | 15,686.50 |
| Your Label Inc., 24 Mount Vernon Rd., Montclair, NJ 07043 | Goods Sold | 360,863.25 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 52,755,690.02 |

___X___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor __WOMEN'S APPAREL (__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>NL Ventures VII United, L.L.C. | Signature of Attorney                    Date<br>Casner & Edwards, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any)<br>303 Congress Street, Boston, MA  02210 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Peter S. Carlsen, Pres.<br>8080 N. Central Expwy<br>#1220, Dallas, TX 75206 | Address<br>(617) 428-5900<br>Telephone No. |

| x_____ | x_/s/ Brian Aylward_____  6/28/11 |
|---|---|
| Signature of Petitioner or Representative (State title)<br>La Vita, Inc. | Signature of Attorney Brian Aylward   Date<br>Smith Levenson Cullen & Aylward PC (BBO 552296) |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any)<br>5 Essex Green Drive, Peabody, MA 01960 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Sarah Olson, Pres.<br>24 Mount Vernon Rd.<br>Montclair, NJ 07043 | Address<br>(978) 532-9494<br>Telephone No. |

| x_____ | x_/s/ Brian Aylward_____  6/28/11 |
|---|---|
| Signature of Petitioner or Representative (State title)<br>Your Label, Inc. | Signature of Attorney Brian Aylward   Date<br>Smith Levenson Cullen & Aylward PC (BBO 552296) |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any)<br>5 Essex Green Drive, Peabody, MA 01960 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Sarah Olson, Pres.<br>24 Mount Vernon Rd.<br>Montclair, NJ 07043 | Address<br>(978) 532-9494<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| NL Ventures VII United LLC, 8080 N Central Expwy, Dallas, | Breach of Lease | 52,379,140.27 |
| La Vita, Inc., 24 Mount Vernon Rd., Montclair, NJ 07043 | Goods Sold | 15,686.50 |
| Your Label Inc., 24 Mount Vernon Rd., Montclair, NJ 07043 | Goods Sold | 360,863.25 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 52,755,690.02 |

__X__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                    Name of Debtor __Women's Apparel Grp__

                                                          Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Cindy Vito, Pres_ | x _[signature]_ (BBO 66823) |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Suburban Service Corporation | Law Offices of Marianne E. Brown |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
|  | 22 Mill Street, Ste 408    Arlington, MA 02476 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Cindy Vito, Pres. | (339) 368-6208 |
| 916 Pleasant St, Ste 5 | Telephone No. |
| Norwood, MA 02062 | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Suburban Service Corp, 916 Pleasant St #5, Norwood, MA | HVAC Services | 46,469.88 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  52,755,690.02 |

_____ continuation sheets attached