# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>)<br>WOMEN'S APPAREL GROUP, L.L.C., )<br>)<br>DEBTOR. )<br>) | Case No. 11-_____<br><br>(Chapter 7) |

## DECLARATION RE: ELECTRONIC FILING

**PART I: DECLARATION OF PETITIONER**

I, Peter S. Carlsen, President of NL Ventures VII United, L.L.C., hereby declares under penalty of perjury that all of the information contained in the Involuntary Petition (the "**Document**"), filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule ("MEFLR")-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: June 28, 2011                NL VENTURES VII UNITED, L.L.C.

                                    By: _____
                                        Peter S. Carlsen, President

                                    8080 N. Central Expressway, Suite 1220
                                    Dallas, TX  75206
                                    Telephone: (214) 363-5620

95114107.1

## PART II: DECLARATION OF ATTORNEY

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the document and this Declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFLR 7.

Dated: June 29, 2011

/Michael J. Goldberg/
Michael J. Goldberg (BBO #551869)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA   02210
Telephone:  (617) 426-5900
Facsimile:   (617) 426-8810
Email:  goldberg@casneredwards.com

**COUNSEL FOR NL VENTURES VII
UNITED L.L.C.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                    )
                                          )
WOMEN'S APPAREL GROUP, L.L.C.,            )    Case No. 11-_____
                                          )
    DEBTOR.                               )    (Chapter 7)
                                          )

## DECLARATION RE: ELECTRONIC FILING

### PART I: DECLARATION OF PETITIONER

I, Sarah Olson, President of Your Label, Inc., hereby declares under penalty of perjury that all of the information contained in the Involuntary Petition (the "Document"), filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule ("MEFLR")-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: June 28, 2011                         YOUR LABEL, INC.

                                             By: _____
                                                 Sarah Olson, President

                                             24 Mount Vernon Rd.
                                             Montclair, NJ  07043
                                             Telephone:

95114809.1

**PART II: DECLARATION OF ATTORNEY**

      I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the document and this Declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFLR 7.

Dated: June 28, 2011                    Respectfully submitted,

                                            SMITH LEVENSON CULLEN &
                                            AYLWARD, PC

                                            /s/ _____
                                            Brian K. Aylward (BBO552296)

                                            5 Essex Green Drive
                                            Peabody, MA  01960
                                            Telephone:  (978) 532-9494
                                            Facsimile:  (978) 532-9408
                                            Email: aylward@smithlevensonlaw.com

                                            **COUNSEL FOR YOUR LABEL, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-_____ |
| WOMEN'S APPAREL GROUP, L.L.C., ) | |
| ) | (Chapter 7) |
| DEBTOR. ) | |
| ) | |

### DECLARATION RE: ELECTRONIC FILING

**PART I: DECLARATION OF PETITIONER**

I, Sarah Olson, President of La Vita, Inc., hereby declares under penalty of perjury that all of the information contained in the Involuntary Petition (the "Document"), filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule ("MEFLR")-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: June 28, 2011                         LA VITA, INC.

                                             By: /s/ Sarah J. Olson
                                                 Sarah Olson, President

                                             24 Mount Vernon Rd.
                                             Montclair, NJ  07043
                                             Telephone:

9811485? 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>WOMEN'S APPAREL GROUP, LLC<br><br>Debtor. | Chapter 7 (Involuntary)<br>Case No. _____ |

## DECLARATION RE: ELECTRONIC FILING

PART I – DECLARATION

I, __Brian Aylward__, *hereby declare under penalty of perjury* that all of the information contained in the Involuntary Petition for Relief (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: June 29, 2011

Signed: _____

Brian Aylward, Esq.
BBO# 552296

56946.0/511071.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: )
)
WOMEN'S APPAREL GROUP, L.L.C., ) Case No. 11-_____
)
DEBTOR. ) (Chapter 7)
)

### DECLARATION RE: ELECTRONIC FILING

**PART I: DECLARATION OF PETITIONER**

I, Cindy Vito, President of Suburban Service Corporation, hereby declares under penalty of perjury that all of the information contained in the Involuntary Petition (the "Document"), filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule ("MEFLR")-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: June 28, 2011                         SUBURBAN SERVICE CORPORATION

                                             By: _____Cindy Vito, President_____
                                                 Cindy Vito, President

                                             916 Pleasant Street #5
                                             Norwood, MA  02062
                                             Telephone:

951148885.1

PART II: DECLARATION OF ATTORNEY

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the document and this Declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFLR 7.

Dated: June 29, 2011

Respectfully submitted,

LAW OFFICE OF MARIANNE E. BROWN

/s/ Marianne E. Brown (BBO 668237)

22 Mill Street, Ste 408
Arlington, MA 02476
Telephone: (339) 368-6208
Facsimile: (781) 357-1853
Email: Marianne@marianne-brown.com

**COUNSEL FOR SUBURBAN SERVICE CORPORATION**

95114885.1

- 2 -