# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Women's Apparel Group LLC and Women's Apparel Group, LLC  **Case Number:** 11-16217  **Ch:** 11

**Matter:**
#48 Motion filed by Debtor Women's Apparel Group LLC for (I) Authorization to (A) Obtain Secured Post-Petition Financing Pursuant to 11 U.S.C. Sec. 105,361, 362, and 364(c) and (d); (B) Grant Security Interests, Superpriority Claims and Adequate Protection; and (C) Use Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(C).

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

#48 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

An order shall be submitted.

IT IS SO NOTED:    IT IS SO ORDERED:

_____    _____Dated: 07/13/2011
Courtroom Deputy           William C. Hillman, U.S. Bankruptcy Judge