Eric R. Wilson (admitted *pro hac vice*)
Jason R. Adams (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

Proposed Counsel to the Official Committee of
Unsecured Creditors of Women's Apparel Group, LLC

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> WOMEN'S APPAREL GROUP, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 11-16217 (JNF) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN
CONNECTION WITH THE DEBTOR'S MOTIONS TO (A) AUTHORIZE THE
DEBTOR TO OBTAIN SECURED POST-PETITION FINANCING, (B)  SELL
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, AND (C) ASSUME THE
<u>EXECUTORY MERCHANT AGREEMENT WITH PAYMENTECH LLC</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Women's Apparel Group, LLC, the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), by and through its proposed counsel,[1] Kelley Drye & Warren LLP ("<u>Kelley Drye</u>"), with respect to the following motions, states as follows:

    (1)    Debtor's Motion For (I) Authorization to (A) Obtain Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364(c) and (d); (B) Grant Security Interests, Superpriority Claims, and Adequate

---

[1]    On August 3, 2011, the Committee filed its Application of the Official Committee for Entry of an Order Authorizing and Approving the Retention of Kelley Drye & Warren LLP as Counsel to the Committee, *Nunc Pro Tunc* to July 20, 2011.  *See* Docket Entry No. 196.

        Protection; and (C) Use Cash Collateral; and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) (the "DIP Motion");[2]

(2)     Debtor's Motion Requesting (I) Approval of (A) Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Interests, and Encumbrances, and Subject to Competing Offers; and (B) Bid and Auction Procedures; and (II) Related Relief (the "Sale Motion");[3] and

(3)     Debtor's Motion to Assume Executory Merchant Agreement with Paymentech LLC and to Enter Stipulation and Order Between Paymentech LLC, Women's Apparel Group, LLC, and Distinctive Apparel, Inc. in Connection with Assumption and Assignment of Merchant Agreement (the "Paymentech Motion").[4]

## PROCEDURAL HISTORY

1.     On June 29, 2011, NL Ventures VII United, L.L.C., La Vita, Inc., Your Label, Inc., and Suburban Service Corporation filed an involuntary petition under chapter 7 of the Bankruptcy Code against the Debtor.[5]

2.     On July 12, 2011, the Debtor filed a motion to convert the case from chapter 7 to chapter 11.[6] On July 13, 2011 (the "Order for Relief Date"), the Court entered the order for relief which converted the case to a voluntary chapter 11.[7] Since the Order for Relief Date, the Debtor has continued in possession of its properties and has continued to operate and manage its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[2]     Docket Entry No. 48.
[3]     Docket entry no. 85.
[4]     Docket entry no. 126.
[5]     Docket Entry No. 1.
[6]     Docket Entry No. 47.
[7]     Docket Entry No. 60.

3. On July 20, 2011, the Office of the United States Trustee for the District of Massachusetts (the "U.S. Trustee") appointed QuadGraphics, Central National Gottesman Inc. (Lindenmeyr Central Division), Gould Paper Corporation, Neolane, Inc., NL Ventures VII United, L.L.C., S. Rothschild & Co. Inc., and USA800, Inc. to the Committee.[8] On the same day, the Committee selected Kelley Drye to serve as its counsel.

4. On July 12, 2001, the Debtor filed the DIP Motion. The DIP Motion was granted on an interim basis on July 15, 2011 (the "Interim Order") and a final hearing was scheduled for July 26, 2011.[9] The final hearing was subsequently continued by motion of the Debtor until August 8, 2011.[10]

5. On July 15, 2011, the Debtor filed the Sale Motion. A hearing to consider the Sale Motion, with respect to the sale procedures proposed therein, was scheduled for July 26, 2011.[11] The hearing was subsequently continued by motion of the Debtor until August 8, 2011.[12]

6. On July 21, 2011, the Debtor filed the Paymentech Motion. A hearing to consider the Paymentech Motion was scheduled for August 8, 2011.[13]

7. The deadline for the Committee to object to the Paymentech Motion is July 4, 2011 at 4:30 p.m. and the deadline for the Committee to objection to the DIP Motion and the Sale Motion is July 4, 2011 at 11:59 p.m.

---

[8] Docket Entry No. 119.
[9] Docket Entry No. 78.
[10] Docket Entry Nos. 132 and 140.
[11] Docket Entry No. 125.
[12] Docket Entry No. 140.
[13] Docket Entry No. 142.

**STATEMENT AND RESERVATION OF RIGHTS**

8.　Since its formation on July 20, 2011, the Committee has been engaged in extensive, good faith negotiations with the Debtor and Distinctive Apparel, Inc. ("DAI"), the Debtor's pre-petition and DIP lender and the proposed stalking horse bidder under the Sale Motion. In connection with these negotiations, the Committee has raised numerous concerns regarding the terms of the requested financing proposed in the DIP Motion, the terms of the proposed sale to DAI under the Sale Motion, and the provisions of the Paymentech Motion.

9.　The Committee, the Debtor and DAI have made substantial progress in their negotiations and have, subject to definitive documentation and Court approval, reached a settlement with respect to the concerns raised by the Committee to each of the motions. The parties anticipate filing revised documents with the Court prior to the August 8, 2011 hearing and presenting the settlement to the Court. That being said, and out of an abundance of caution only, in the unlikely event that the parties are unable to agree on the definitive documentation memorializing the agreement reached prior to the hearing, the parties have agreed to a reasonable extension of time, and continuance of the hearing, to allow the Committee to file its objections to the DIP Motion, the Sale Motion and/or the Paymentech Motion.

Dated: New York, New York
　　　　August 4, 2011

KELLEY DRYE & WARREN LLP

By:　　*/s/ Eric R. Wilson*
　　　Eric R. Wilson (admitted *pro hac vice*)
　　　Jason R. Adams (admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Proposed Counsel to the Official Committee
of Unsecured Creditors of Women's Apparel
Group, LLC

Eric R. Wilson (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Proposed Counsel to Official Committee of
Unsecured Creditors of Women's Apparel Group, LLC

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>WOMEN'S APPAREL GROUP, LLC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-16217 (JNF) |

**CERTIFICATE OF SERVICE**

   I, Eric R. Wilson, hereby certify that on this 4th day of August 2011, I served a true and correct copy of The Official Committee of Unsecured Creditors' Statement in Connection With The Debtor's Motion to (A) Authorize the Debtor to Obtain Secured Post Petition Financing, (B) Sell Substantially All of The Debtor's Assets, And (C) Assume The Executory Merchant Agreement With Paymentech LLC by the ECF system upon all parties who have filed an appearance in this case and are registered ECF users and by first-class mail, postage pre-paid, upon the parties listed on the attached Exhibit A.

               KELLEY DRYE & WARREN LLP

               By:  */s/ Eric R. Wilson*
                 Eric R. Wilson (admitted *pro hac vice*)
               101 Park Avenue
               New York, New York 10178
               Tel: (212) 808-7800
               Fax: (212) 808-7897

               *Proposed Counsel to the Official Committee
               of Unsecured Creditors of Women's Apparel
               Group, LLC*

## Exhibit A

**U.S. Bankruptcy Court**

    Honorable Joan N. Feeney
    U.S. Bankr. Court – D. Massachusetts, Eastern Division
    John W. McCormack Post Office and Courthouse
    5 Post Office Sq, Ste 1150
    Boston, MA 02109-3945

**U.S. Trustee**

    Attn:  Paula R.C. Bachtell, Esq.
    John Fitzgerald
    Office of the US Trustee
    J.W. McCormack Post Office & Courthouse
    5 Post Office Sq., 10th Fl, Suite 1000
    Boston, MA 02109

**Debtor**

    Women's Apparel Group, LLC
    300 Constitution Dr
    Taunton, MA 02780

**Debtor's Counsel**

    James F. Coffey, Esq.
    Nutter McClennen & Fish LLP
    World Trade Center West
    155 Seaport Blvd
    Boston, MA 02210

**Petitioning Creditors**

    Michael J. Goldberg, Esq.
    Casner & Edwards, LLP
    303 Congress Street
    Boston, MA 02210
    *(Counsel to NL Ventures VII United, L.L.C.)*

    Brian K. Aylward, Esq.
    Smith, Levenson, Cullen & Aylward, P.C.
    5 Essex Green Dr.
    Peabody, MA 01960
    *(Counsel to La Vita, Inc. and Your Label, Inc.)*

    Marianne E. Brown, Esq.
    Law Offices of Marianne E. Brown
    22 Mill Street

    Suite 408
Arlington, MA 02476
*(Counsel to Suburban Service Corporation)*

**Noticed Appearances**

    Mary T. Sullivan, Esq.
Anne R. Sills, Esq.
Segal Roitman, LLP
111 Devonshire Street, Fifth Floor
Boston, MA 02109
*(Counsel to The New England Joint Board, UNITE-HERE)*

    Douglas R. Gooding, Esq.
William S. McMahon, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
*(Counsel to Distinctive Apparel, Inc.)*

    Alan Noskow, Esq.
Erika Morabito, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
*(Counsel to Distinctive Apparel, Inc.)*

    Norman N. Kinel, Esq.
David A. Van Grouw, Esq.
Lowenstein Sandler PC
1251 6th Avenue
New York, NY 10020
*(Counsel to Paymentech LLC)*

    Euripides Dalmanieras, Esq.
Foley Hoag, LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
*(Counsel to CIBER, Inc.)*

    Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*(Counsel to Gould Paper Corporation)*

    Shawn M. Christianson, Esq.
Buchalter Nemer
333 Market St., 25th Fl.
San Francisco, CA 94105
*(Counsel to Oracle America, Inc.)*

3

Peter L. Hatem, Esq.
Attorney Peter L. Hatem, P.C.
258 U.S. Route One
Scarborough, Maine 04074-8904
*(Counsel to Oracle America, Inc.)*

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
*(Counsel to Joining Forest (International) Co., Ltd., Li Cheng Garments (Hubei) Co., Ltd, Zhuji Wonderful Win Garments Co., Ltd., Zhuji Dahe Clothing Co., Ltd., Zhu Hai Hao Yuan Garment Co., Ltd , Zhejiang Charm Winner Garments Co., Ltd., Y.C. (Lam's) Knitting Factory Ltd., Venco Industrial Ltd., Sinotex-Fortune Profit GMT Limited , Shenglida Garments Zhejiang Co., Ltd , Shanghai Surpass Corp., Ltd., Shanghai Rongyu Garment Co. Ltd., Riverland International Group Limited, Ningbo Seduno Import & Export Co., Ltd., Jiangsu Jing Meng Knitting Co., Ltd., Hangzhou Xinhe Import & Export Co., Ltd., Hangzhou Chunjie Garmets Co., Ltd., Crown Elegant Trading Limited , Better Glory International Limited)*

Sean Gillian, Esq.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
*(Counsel to Neolane)*

Joseph S.U. Bodoff, Esq.
Bodoff & Associates, P.C.
120 Water Street
Boston, MA 02109-4251
*(Counsel to R.T. Tauton LLC)*

Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Ste.
1300 Boston, MA 02110
*(Counsel to USA-800, Inc.)*

Christopher A. Ward, Esq.
Polsinelli Shughart
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*(Counsel to USA-800, Inc.)*

James E. Bird, Esq.
Polsinelli Shughart
700 W. 47th Street, Suite 1000
Kansas City, MO 64112
*(Counsel to USA-800, Inc.)*

Thomas H. Curran, Esq.
McCarter & English, LLP
265 Franklin Street

4

Boston, MA 02110
*(Counsel to Verizon Communications)*

Paula K. Jacobi, Esq.
Barnes & Thornburg LLP
One North Wacker Drive,
Suite 4400
Chicago, IL 60606
*(Counsel to R.T. Tauton LLC)*

Kenneth J. Schweiker, Jr., Esq.
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096
*(Counsel to SAP America, Inc. and SAP Industries)*

Brian K. Aylward, Esq.
Smith, Levenson. Cullen & Aylward, P.C.
5 Essex Green Dr.
Peabody, MA 01960