UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| WOMEN'S APPAREL GROUP, LLC ) | Chapter 11 |
| ) | Case No. 11-16217 (JNF) |
| Debtor. ) | |
| ) | |

**DEBTOR'S MOTION TO
CONTINUE HEARINGS AND RESET DEADLINE
AT WHICH CREDITORS' COMMITTEE MAY FILE OBJECTIONS**

*(Emergency Determination Requested)*

**To the Honorable Joan N. Feeney, United States Bankruptcy Judge:**

Debtor Women's Apparel Group, LLC (the "Debtor"), with the support of the Official Committee of Unsecured Creditors' (the "Creditors' Committee"), and upon hearing no objections by the United States Trustee, hereby respectfully requests that the five motion hearings listed below, presently scheduled for Monday, August 8, 2011 at 10:15 a.m., be continued until **August 10, 2011** or as soon thereafter as the parties may be heard.

- Hearing on Motion filed by Debtor Women's Apparel Group LLC for (I) Authorization to (A) Obtain Secured Post-Petition Financing Pursuant to 11 U.S.C. Sec. 105,361,362, and 364(c) and (d); (B) Grant Security Interests, Superpriority Claims and Adequate Protection; and (C) Use Cash Collateral (Docket # 83);

- Hearing on Application filed by Debtor Women's Apparel Group LLC for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Debtor to Retain and Employ Financo, Inc. as Investment Banker for the Debtor, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Requirements of MLBR 2016-1 (Docket # 124);

- Hearing on Motion filed by Debtor Women's Apparel Group LLC Requesting (I) Approval of (A) Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Interests and Encumbrances, and Subject to Competing Offers; and (B) Bid and Auction Procedures; and (II) Related Relief. (The Motion to Approve Bidding

and Auction Procedures only are being heard at this hearing) (Docket # 125).

- Hearing on Debtor's Motion to Assume Executory Merchant Agreement with Paymentech LLC and to Enter Stipulation and Order Between Paymentech LLC, Women's Apparel Group, LLC, and Distinctive Apparel, Inc. in Connection with Assumption and Assignment of Merchant Agreement (Docket # 142).

- Hearing on Application filed by Debtor in Possession Women's Apparel Group LLC for Entry of an Order Authorizing the Employment and Retention of Nutter, McClennen & Fish LLP as General Bankruptcy Counsel For The Debtor *Nunc Pro Tunc* To The Petition Date (Docket No. 194.)

The Debtor also respectfully requests that the Court reset the deadline for any and all objections to these motions by the Creditors' Committee to the time of the hearings scheduled by the Court pursuant to this motion. In support of this motion, the Debtor states as follows:

1. The Creditors' Committee was appointed July 20, 2011.

2. On July 22, 2011, the Debtor, at the request and with the support of the Creditors' Committee, moved to continue the above listed motion hearings to August 8, 2011 and to extend the deadline upon which objections were due from the Creditors' Committee to August 3, 2011 (Docket # 132). The Court granted that motion on July 25, 2011 (Docket # 140).

3. On August 1, 2011, the Debtor, at the request and with the support of the Creditors' Committee, moved to continue the deadline upon which objections were due from the Creditors' Committee to August 4, 2011. (Docket # 187). The Court granted that motion on the same date. (Docket # 188).

4. Since July 22, 2011, the Debtor, the Creditors' Committee, and DAI (the DIP Lender) have engaged in good faith discussions to resolve outstanding issues related to the motions set for hearing on August 8, 2011. The Creditors' Committee, the Debtor and DAI have made substantial progress in their negotiations. However, and notwithstanding the Creditors' Committee's August 4, 2011 filing (Docket # 201), the Debtor, the Creditors' Committee, and

2

DAI need some additional time to conduct some further due diligence in connection with any settlement that would be subject to definitive documentation and Court approval. Continuing the hearings and extending the deadlines to object, as requested herein, should facilitate settlement discussions, reduce the need for litigation and decrease expenses to the Estate.

5.   The Creditors' Committee agrees that in no event shall the Debtor and/or DAI, having agreed to allow for an extension of time to respond to the motions, and as a result having agreed to a continuance of the hearing on the motions, be grounds for extending the Sale Hearing beyond the week of August 29, 2011. In fact, the Creditors' Committee, having taken advantage of the extension of the current objection deadlines referenced above agree to consent to the request of the Debtor and/or DAI for a shortened notice period in connection with a Sale Hearing should the Sale Hearing date require something other than "regular" notice as set forth in the Federal Rules of Bankruptcy Procedure and MLBR (including notice on an expedited or emergency basis) as a result of the above-requested continuances.The Creditors' Committee and DAI, through their respective counsel, agree with and acknowledge this motion.

6.   The U.S. Trustee was consulted as well and does not oppose this motion.

### EMERGENCY DETERMINATION REQUESTED

7.   The Debtor requests that the Court grant the Motion without further notice or hearing.

8.   The five motion hearings that the Debtor seeks to continue, Docket Nos. 83, 124, 125, 142, and 194 are set for August 8, 2011.

9.   Absent the expedited relief sought in this motion, the Creditors' Committee would not have adequate time to discuss resolving the motions with the Debtor and DAI. This could cause irreparable harm to the Estate.

3

**NOTICE**

The Debtor has or will serve this Motion on the Office of the United States Trustee, the Creditor's Committee, and all parties who have filed a notice of appearance in this case.  The Debtor submits that such service provides sufficient notice in light of the nature of the relief requested and requests that the Court approve such notice.

WHEREFORE, the Debtor respectfully requests that the Court enter an order (i) continuing the five motion hearings (Docket Nos. 83, 124, 125, 142 and 194) from August 8, 2011 until **August 10, 2011** or as soon thereafter as the parties may be heard and (ii) resetting the deadline for the Creditors' Committee to file objections, if any, to the motions set for hearing to the time of the hearings scheduled by the Court pursuant to this motion.

Dated:  August 5, 2011

Respectfully submitted,

WOMEN'S APPAREL GROUP, INC.,
  Debtor

By proposed counsel to Debtor and Debtor-in-Possession,

/s/ Richard S. Rosenstein
Richard S. Rosenstein (BBO# 429100)
James F. Coffey (BBO#552620)
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA  02210
Phone:  (617) 439-2000
Fax:     (617) 310-9390
Emails:  rrosenstein@nutter.com
            jcoffey@nutter.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| WOMEN'S APPAREL GROUP, LLC ) | Chapter 11 |
| ) | Case No. 11-16217 (JNF) |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of August, 2011, a copy of the foregoing document filed by Richard Rosenstein, Esq. and the law firm of Nutter, McClennen & Fish, LLP in the captioned matter was served either by ECF upon the parties on the attached service list (for registered participants as identified on the Notice of Electronic Filing (NEF)) or e-mail (for non-registered participants).

/s/ Richard S. Rosenstein

Dated: August 5, 2011

# SERVICE LIST

**U.S. Trustee**

>John Fitzgerald
>Office of the US Trustee
>J.W. McCormack Post Office & Courthouse
>5 Post Office Sq., 10th Fl, Suite 1000
>Boston, MA 02109

**Petitioning Creditors**

>Michael J. Goldberg, Esq.
>Casner & Edwards, LLP
>303 Congress Street
>Boston, MA 02210
>*(Counsel to NL Ventures VII United, L.L.C.)*

>Brian K. Aylward, Esq.
>Smith, Levenson, Cullen & Aylward, P.C.
>5 Essex Green Dr.
>Peabody, MA 01960
>*(Counsel to La Vita, Inc. and Your Label, Inc.)*

>Marianne E. Brown, Esq.
>Law Offices of Marianne E. Brown
>22 Mill Street
>Suite 408
>Arlington, MA 02476
>*(Counsel to Suburban Service Corporation)*

**Creditors' Committee**

>Eric R. Wilson
>Jason R. Adams
>Kelley Drye & Warren LLP
>101 Park Avenue
>New York, NY 10178
>Phone: (212) 808-7800
>Fax: (212) 808-7897
>(*Proposed Counsel to Creditors' Committee*)

**Noticed Appearances**

>Mary T. Sullivan, Esq.
>Anne R. Sills, Esq.
>Segal Roitman, LLP

111 Devonshire Street, Fifth Floor
Boston, MA 02109
*(Counsel to The New England Joint Board, UNITE-HERE)*

Douglas R. Gooding, Esq.
William S. McMahon, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
*(Counsel to Distinctive Apparel, Inc.)*

Alan Noskow, Esq.
Erika Morabito, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
*(Counsel to Distinctive Apparel, Inc.)*

Norman N. Kinel, Esq.
David A. Van Grouw, Esq.
Lowenstein Sandler PC
1251 6th Avenue
New York, NY  10020
*(Counsel to Paymentech LLC)*

Euripides Dalmanieras, Esq.
Foley Hoag, LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
*(Counsel to CIBER, Inc.)*

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*(Counsel to Gould Paper Corporation)*

Shawn M. Christianson, Esq.
Buchalter Nemer
333 Market St., 25th Fl.
San Francisco, CA 94105
*(Counsel to Oracle America, Inc.)*

Peter L. Hatem, Esq.

Attorney Peter L. Hatem, P.C.
258 U.S. Route One
Scarborough, Maine 04074-8904
*(Counsel to Oracle America, Inc.)*

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY  10016
*(Counsel to Joining Forest (International) Co., Ltd. , Li Cheng Garments (Hubei) Co., Ltd , Zhuji Wonderful Win Garments Co., Ltd. , Zhuji Dahe Clothing Co., Ltd. , Zhu Hai Hao Yuan Garment Co., Ltd. , Zhejiang Charm Winner Garments Co., Ltd. , Y.C. (Lam's) Knitting Factory Ltd. , Venco Industrial Ltd., Sinotex-Fortune Profit GMT Limited , Shenglida Garments Zhejiang Co., Ltd , Shanghai Surpass Corp., Ltd., Shanghai Rongyu Garment Co. Ltd., Riverland International Group Limited, Ningbo Seduno Import & Export Co., Ltd., Jiangsu Jing Meng Knitting Co., Ltd., Hangzhou Xinhe Import & Export Co., Ltd., Hangzhou Chunjie Garmets Co., Ltd., Crown Elegant Trading Limited , Better Glory International Limited)*

Sean Gillian, Esq.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
*(Counsel to Neolane)*

Joseph S.U. Bodoff, Esq.
Bodoff & Associates, P.C.
120 Water Street
Boston, MA 02109-4251
*(Counsel to R.T. Tauton LLC)*

Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
*(Counsel to USA-800, Inc.)*

Christopher A. Ward, Esq.
Polsinelli Shughart
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*(Counsel to USA-800, Inc.)*

James E. Bird, Esq.
Polsinelli Shughart

8

700 W. 47th Street, Suite 1000
Kansas City, MO 64112
*(Counsel to USA-800, Inc.)*

Thomas H. Curran, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
*(Counsel to Verizon Communications)*

Paula K. Jacobi, Esq.
Barnes & Thornburg LLP
One North Wacker Drive,
Suite 4400
Chicago, IL 60606
*(Counsel to R.T. Tauton LLC)*

Kenneth J. Schweiker, Jr., Esq.
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096
(Counsel to SAP America, Inc. and SAP Industries)

2034537.1
2034584.2