UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| WOMEN'S APPAREL GROUP, LLC | ) | Chapter 11 |
| | ) | Case No. **11-16217-JNF** |
| Debtor. | ) | |
| | ) | |

# EMERGENCY MOTION FOR TO APPEAR TELEPHONICALLY

Pursuant to Massachusetts Bankruptcy Court Local Rule 9074-1, Debtor Women's Apparel Group LLC (the "Debtor") respectfully requests that the Court authorize the following parties and counsel to appear telephonically at the hearings scheduled for August 10, 2011 at 11:00 a.m. in the above referenced case:

- Steven Lightman, CEO of the Debtor;

- Gerald Lannan, Senior Director, Credit Risk Management at Chase Paymentech; and

- Sarah A. Schultz, counsel to World Financial Network National Bank (Alliance Data).

Mr. Lightman will be traveling in New Mexico at the time of the hearing. Mr. Lannan and Ms. Schultz are located in Texas. Telephonic appearance will avoid considerable time, travel expenses and inconvenience that these parties and counsel would incur travelling to Boston for the hearing.

## EMERGENCY DETERMINATION REQUESTED

The Debtor requests that the Court grant the Motion without further notice or hearing. The hearings are set for tomorrow. Absent the expedited relief sought in this motion, these interested parties and counsel may not be able to attend the hearing.

## NOTICE

The Debtor has or will serve this Motion on the Office of the United States Trustee, the Creditor's Committee, and all parties who have filed a notice of appearance in this case. The Debtor submits that such service provides sufficient notice in light of the nature of the relief requested and requests that the Court approve such notice.

WHEREFORE, the Debtor respectfully requests that the Court grant permission for the above listed parties and counsel to appear telephonically at the August 10, 2011 hearings.

Dated: August 9, 2011

                                                Respectfully submitted,

                                                WOMEN'S APPAREL GROUP, INC.,
                                                  Debtor

                                                By proposed counsel to Debtor and Debtor-in-Possession,

                                                /s/ Richard S. Rosenstein
                                                Richard S. Rosenstein (BBO# 429100)
                                                James F. Coffey (BBO#552620)
                                                Nutter, McClennen & Fish, LLP
                                                155 Seaport Boulevard
                                                Boston, MA  02210
                                                Phone:  (617) 439-2000
                                                Fax:     (617) 310-9390
                                                Emails:  rrosenstein@nutter.com
                                                               jcoffey@nutter.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| WOMEN'S APPAREL GROUP, LLC ) | Chapter 11 |
| ) | Case No. 11-16217 (JNF) |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of August, 2011, a copy of the foregoing document filed by Richard Rosenstein, Esq. and the law firm of Nutter, McClennen & Fish, LLP in the captioned matter was served either by ECF upon the parties on the attached service list (for registered participants as identified on the Notice of Electronic Filing (NEF)) or e-mail (for non-registered participants).


/s/ Richard S. Rosenstein


Dated:  August 9, 2011

**SERVICE LIST**

**U.S. Trustee**

    John Fitzgerald
    Office of the US Trustee
    J.W. McCormack Post Office & Courthouse
    5 Post Office Sq., 10th Fl, Suite 1000
    Boston, MA 02109

**Petitioning Creditors**

    Michael J. Goldberg, Esq.
    Casner & Edwards, LLP
    303 Congress Street
    Boston, MA 02210
    *(Counsel to NL Ventures VII United, L.L.C.)*

    Brian K. Aylward, Esq.
    Smith, Levenson, Cullen & Aylward, P.C.
    5 Essex Green Dr.
    Peabody, MA 01960
    *(Counsel to La Vita, Inc. and Your Label, Inc.)*

    Marianne E. Brown, Esq.
    Law Offices of Marianne E. Brown
    22 Mill Street
    Suite 408
    Arlington, MA 02476
    *(Counsel to Suburban Service Corporation)*

**Creditors' Committee**

    Eric R. Wilson
    Jason R. Adams
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, NY 10178
    Phone: (212) 808-7800
    Fax: (212) 808-7897
    (*Proposed Counsel to Creditors' Committee*)

**Noticed Appearances**

    Mary T. Sullivan, Esq.
    Anne R. Sills, Esq.
    Segal Roitman, LLP
    111 Devonshire Street, Fifth Floor

Boston, MA 02109
*(Counsel to The New England Joint Board, UNITE-HERE)*

Douglas R. Gooding, Esq.
William S. McMahon, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
*(Counsel to Distinctive Apparel, Inc.)*

Alan Noskow, Esq.
Erika Morabito, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
*(Counsel to Distinctive Apparel, Inc.)*

Norman N. Kinel, Esq.
David A. Van Grouw, Esq.
Lowenstein Sandler PC
1251 6th Avenue
New York, NY 10020
*(Counsel to Paymentech LLC)*

Euripides Dalmanieras, Esq.
Foley Hoag, LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
*(Counsel to CIBER, Inc.)*

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*(Counsel to Gould Paper Corporation)*

Shawn M. Christianson, Esq.
Buchalter Nemer
333 Market St., 25th Fl.
San Francisco, CA 94105
*(Counsel to Oracle America, Inc.)*

Peter L. Hatem, Esq.
Attorney Peter L. Hatem, P.C.
258 U.S. Route One

Scarborough, Maine 04074-8904
*(Counsel to Oracle America, Inc.)*

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY  10016
*(Counsel to Joining Forest (International) Co., Ltd. , Li Cheng Garments (Hubei) Co., Ltd , Zhuji Wonderful Win Garments Co., Ltd. , Zhuji Dahe Clothing Co., Ltd. , Zhu Hai Hao Yuan Garment Co., Ltd. , Zhejiang Charm Winner Garments Co., Ltd. , Y.C. (Lam's) Knitting Factory Ltd. , Venco Industrial Ltd., Sinotex-Fortune Profit GMT Limited , Shenglida Garments Zhejiang Co., Ltd , Shanghai Surpass Corp., Ltd., Shanghai Rongyu Garment Co. Ltd., Riverland International Group Limited, Ningbo Seduno Import & Export Co., Ltd., Jiangsu Jing Meng Knitting Co., Ltd., Hangzhou Xinhe Import & Export Co., Ltd., Hangzhou Chunjie Garmets Co., Ltd., Crown Elegant Trading Limited , Better Glory International Limited)*

Sean Gillian, Esq.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
*(Counsel to Neolane)*

Joseph S.U. Bodoff, Esq.
Bodoff & Associates, P.C.
120 Water Street
Boston, MA 02109-4251
*(Counsel to R.T. Tauton LLC)*

Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA 02110
*(Counsel to USA-800, Inc.)*

Christopher A. Ward, Esq.
Polsinelli Shughart
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*(Counsel to USA-800, Inc.)*

James E. Bird, Esq.
Polsinelli Shughart
700 W. 47th Street, Suite 1000
Kansas City, MO 64112
*(Counsel to USA-800, Inc.)*

Thomas H. Curran, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
*(Counsel to Verizon Communications)*

Paula K. Jacobi, Esq.
Barnes & Thornburg LLP
One North Wacker Drive,
Suite 4400
Chicago, IL 60606
*(Counsel to R.T. Tauton LLC)*

Kenneth J. Schweiker, Jr., Esq.
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096
(Counsel to SAP America, Inc. and SAP Industries)

2035098.1