# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Women's Apparel Group LLC          Case Number: 11-16217          Ch: 11

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#48 Motion by Debtor for Authorization to (A) Obtain Secured Post-Petition Financing Pursuant to 11 U.S.C. Sec. 105,361,362, and 364(c) and (d); (B) Grant Security Interests, Superpriority Claims and Adequate Protection; and (C) Use Cash Collateral
#54 Exhibit Declaration of Steven Lightman
#160 Objection by U.S. Trustee, #167 Limited objection by New England Board of Unite-Here, and #201 Creditors Committe statement in connection with #48

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
 #408 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Court made rulings on the record on the objections. A proposed order shall be submitted.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney
_____                 _____ Dated: 08/10/2011
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge