# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Women's Apparel Group LLC        **Case Number:** 11-16217        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_#85\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  The Court made rulings on the record on the objections.  A proposed order shall be submitted.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Joan N. Feeney* (signature)

_____                     _____ Dated: 08/10/2011
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge