UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Women's Apparel Group LLC         Case Number: 11-16217         Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#255 Motion by Debtor for Determination of Final Form of Asset Purchase Agreement
#258 Objection of RT Taunton LLC
#260 Objection Petitioning Creditor NL Ventures VII United, L.L.C.
#262 Objection by Creditor Oracle America, Inc.
#263 Limited Objection filed by Creditor Paymentech LLC
#265 Objection filed by Creditor Redcats USA, Inc.

**OUTCOME:**
_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to: _____ For: _____
_____ Formal order/stipulation to be submitted by: _____ Date due: _____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due _____ From _____
              Response(s) due _____ From _____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by: _____
#255 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Court denied the motion for determination of final form of Asset Purchase Agreement for the reasons stated on the record.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Joan N. Feeney
                                                                       Dated: 08/17/2011
_____
Courtroom Deputy                         Joan N. Feeney, U.S. Bankruptcy Judge