# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Women's Apparel Group LLC          Case Number: 11-16217          Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#294 Debtor's Motion Requesting (I) Approval Of (A) Order Approving Bid Procedures For Sale Of Debtor's Assets; (B) Bid Procedures; (C) Notice Of Sale; And (D) Form Of Asset Purchase Agreement With Stalking Horse Bidder; And (II) Related Relief filed by Debtor Women's Apparel Group LLC (Emergency Determination Requested) with certificate of service Regarding [85] Motion filed by Debtor Women's Apparel Group LLC Requesting (I) Approval of (A) Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Interests and Encumbrances,

**OUTCOME:**

____ Granted ____ Denied ____ Approved ____ Sustained
____ Denied ____ Denied without prejudice ____ Withdrawn in open court ____ Overruled
____ OSC enforced/released
____ Continued to: _____ For: _____
____ Formal order/stipulation to be submitted by: _____ Date due: _____
____ Findings and conclusions dictated at close of hearing incorporated by reference
____ Taken under advisement: Brief(s) due _____ From _____
                              Response(s) due _____ From _____
____ Fees allowed in the amount of: $ _____ Expenses of: $ _____
____ No appearance/response by: _____

#294 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  The Debtor shall submit a proposed bidding procedures order.  The parties shall also submit a financing order addressing the issues raised in the Court's August 18, 2011 order.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
                                                                          Dated: 08/22/2011
_____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge