# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Women's Apparel Group LLC          Case Number: 11-16217          Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#85 Motion by Debtor (I) Approval of (A) Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Interests and Encumbrances, and Subject to Competing Offers and (II) Related Relief
#346 Objection by Oracle, #347 Objection by Radcats, #348 Objection by RT Taunton,
#349 Objection by New England Joint Board, Unite Here, #352 Objection by Cisco,
#357 Objection by SAP America

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. #349 Objection by New England Joint Board, Unite Here is moot. #346,347,348,351 and 357 - These objections were reported resolved in open court. No higher offers were submitted therefore the Court approved the sale. A proposed order to be submitted.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
_____                                                    Dated: 09/12/2011
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge